# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v.  ) | Case No.  1:10CR00026 |
| ) | |
| **TERRANCE KEITH CUNNINGHAM** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Terrance Keith Cunningham, the defendant in the above named case, hereby appeals to the United States Court of Appeals for Fourth Circuit from the final judgment of conviction and sentencing entered in this action on the 30th day of March, 2012.

**TERRANCE KEITH CUNNINGHAM**
**BY COUNSEL**

**/s/ Barry L. Proctor**
Virginia Bar Number: 15676
Attorney for Defendant
117 West Main Street
Abingdon, Virginia 24210
Telephone No.: (276) 628-1181
Facsimile No.: (276) 628-4368
E-mail: barrylproctor@gmail.com

## CERTIFICATE OF SERVICE

I, Barry L. Proctor, counsel for defendant, Terrance Keith Cunningham, do hereby certify that I electronically filed the defendant's notice of appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jennifer R. Bockhorst, Assistant United States Attorney for the Western District of Virginia, by electronic mailing to Robert B. Dickert, Esq. counsel for Ron Smith, Joseph W. Rasnic, Esq., counsel for Angela Smith, and T. Shea Cook, Esq., counsel for Charles Duty, on this 6th day of April, 2012.

**/s/ Barry L. Proctor**